Charles M. Sabo 006200
Charles M. Sabo, P.C.
4700 S. Mill Avenue, Ste. 7
Tempe, Arizona 85282
Telephone: (480) 820-5931
Fax: (480) 820-8099
e-mail: charlessabopc@earthlink.net
Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT, DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>DARRIN D. COOKE,<br>AMBER S. COOKE<br>fka AMBER S. BUSTAMANTE,<br><br>　　　　Debtors.<br><br>DARRIN D. COOKE<br>AMBER S. COOKE<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>EMC MORTGAGE<br><br>　　　　Defendant. | No. 2:09-bk-12106 RJH<br><br>Chapter 13 Proceeding<br><br>**COMPLAINT PURSUANT TO 11 U.S.C. SECTION 506(a) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF SECURITY AND DEFENDANT'S ALLOWED CLAIM**<br><br>Adversary No. 2:09-ap-01725 RJH |

DARRIN D. COOKE and AMBER S. COOKE, Debtors and Plaintiffs herein, by and through their undersigned counsel, for their Complaint against Defendant, allege as follows:

1. Plaintiffs allege that this a core proceeding as defined by Section 157(b)(2) of Title 28 of the United States Code in that it concerns claims and matters arising out of the administration of this bankruptcy case and rights duly established under Title 11 of the United States Code and other applicable federal law.

2. Plaintiffs further allege that this Court has both personal and subject matter jurisdiction to hear this case pursuant to Section 1334 of Title 28 of the Untied States Code, Section 157(b)(2) of Title 28 of the United States Code.

3. This adversary proceeding arises under Debtors' administrative case number 2:09-

1

1  bk-12106 RJH, filed pursuant to Chapter 13 of the United States Bankruptcy Code on June 2, 2009,
2  which is currently pending in this Court.

3      4. On the petition date, Plaintiffs were fee owners of real property located at 1846 W.
4  Devonshire Street, Mesa, AZ 85201, and legally described as:

5      LOT 25, VILLAGE PARK IV, ACCORDING TO BOOK 176 OF MAPS,
6      PAGE 28, RECORDS OF MARICOPA COUNTY, ARIZONA.

7      5. On the date of the petition, Plaintiffs were indebted to Americas Servicing
8  Co./Wachovia Bank under a Note and first position Deed of Trustee in the approximate principal
9  amount of $180,000.00.

10      6. On the date of the petition Plaintiffs were indebted to EMC Mortgage under a Note
11  and second position Deed of Trust in the approximate amount of $33,099.00. This Deed of Trust was
12  recorded at the Maricopa County Recorder's office on November 17, 2005 as instrument number
13  20051744994.

14      7. Plaintiffs allege that on the date of the Petition, the value of the property was $84,790.

15      8. Plaintiffs allege that there is no equity in the property above the first lien of Americas
16  Servicing Co./Wachovia Bank and, therefore, Defendant has no secured interest for the loan secured
17  by the second deed of trust on the property.

18      9. Pursuant to 11 U.S.C. Section 506(a), Defendant has no allowable secured claim
19  regarding the second deed of trust loan on the property.

20      10. Any timely filed claim of Defendant for the second mortgage loan is allowable only
21  as an unsecured claim and to the extent that no such claim is filed the Defendant has no claim against
22  this estate.

23      WHEREFORE, Plaintiffs respectfully pray that this Court order as follows:

24      1. That the Defendant's deed of trust encumbering the real property owned by Debtors
25  described herein shall be and is avoided upon entry of Discharge in Debtors' Chapter 13 case.

26      2. That the Defendant's claim is an unsecured claim.

27      3. That upon entry of Debtors' discharge, the Court's Order my be recorded with the
28  appropriate County Recorder as a release and reconveyance of Defendant's deed of trust.

4. For such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED this  23rd  of December, 2009.

                                        CHARLES M. SABO, P.C.

                                        By /s/CMS ABN 006200
                                        CHARLES M. SABO
                                        4700 South Mill Avenue, Ste. 7
                                        Tempe, Arizona  85282
                                        Attorney for Debtors